**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| J.B.B.C., A MINOR CHILD, by and through his father and Next Friend, Carlos Emilio Barrera Rodriguez,<br><br>*Plaintiff*,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 2020-cv-_____<br>)<br>)<br>)<br>)<br>)<br>) |

**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff J.B.B.C. is a sixteen-year-old boy from Honduras, who fled that country to escape persecution.  **Plaintiff is scheduled for deportation on Wednesday, June 10, 2020, and could be removed within the next 12 hours, or sooner**.  Plaintiff respectfully moves, based on this Motion and the attached memorandum of law and declaration, for a temporary restraining order ("TRO") pending briefing and decision on his request for a further TRO or preliminary injunction.

Counsel for Plaintiff has consulted with counsel at the U.S. Attorney's Office in Washington, DC, and requested that Defendants stay Plaintiff's deportation.  As of the filing of this Motion, counsel for the government had verified that Plaintiff was scheduled for deportation on Wednesday, June 10 but was unwilling to offer any assurances that Plaintiff's deportation would be stayed.  Plaintiff therefore seeks this Court's intervention.  In addition to the grave harm Plaintiff would face if removed, the case involves a challenge to the government's

1

unprecedented policy of expelling unaccompanied minors without any hearing based on the supposed authority in the public health laws of Title 42, a policy no court has yet ruled on.

| | |
|---|---|
| Dated: June 9, 2020 | Respectfully submitted, |
| | /s/Celso J. Perez_____ |
| Stephen B. Kang* | Lee Gelernt* |
| Cody Wofsy* | Daniel A. Galindo* |
| Morgan Russell* | Celso J. Perez (D.C. Bar No. 1034959) |
| Adrienne Harrold* | American Civil Liberties Union Foundation, |
| American Civil Liberties Union Foundation, | Immigrants' Rights Project |
| Immigrants' Rights Project | 125 Broad Street, 18th Floor |
| 39 Drumm Street | New York, NY 10004 |
| San Francisco, CA 94111 | Tel: (212) 549-2600 |
| Tel: (415) 343-0770 | |
| | Robert Silverman* |
| Andre Segura* | Oxfam America |
| Kathryn Huddleston* | 226 Causeway Street, Suite 500 |
| Rochelle Garza* | Boston, MA 02114 |
| Brantley Shaw Drake* | Tel: (617) 482-1211 |
| American Civil Liberties Union Foundation of Texas, Inc. | Scott Michelman (D.C. Bar No. 1006945) |
| 5225 Katy Freeway, Suite 350 | Arthur B. Spitzer (D.C. Bar No. 235960) |
| Houston, Texas 77007 | American Civil Liberties Union Foundation of |
| Tel. (713) 942-8146 | the District of Columbia |
| | 915 15th Street NW, Second Floor |
| Jamie Crook (D.C. Bar No. 1002504) | Washington, D.C. 20005 |
| Blaine Bookey | Tel: (202) 457-0800 |
| Karen Musalo | |
| Center for Gender & Refugee Studies | *Attorneys for Plaintiff* |
| 200 McAllister St. | |
| San Francisco, CA 94102 | |
| Tel: (415) 565-4877 | |

*Pro hac vice application forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify on or after June 9, 2020, I will cause a copy of this motion, supporting exhibits (under seal) and proposed order to be served on the following, together with the summons and complaint:

Chad F. Wolf
Acting Secretary of the Department of Homeland Security
245 Murray Lane, SW,
Washington, DC 20528;

Mark A. Morgan
Acting Commissioner of U.S. Customs and Border Protection
1300 Pennsylvania Ave, NW
Washington, DC 20229;

Todd C. Owen
Executive Assistant Commissioner, CBP Office of Field Operations
1300 Pennsylvania Ave. NW
Washington, DC 20229;

Rodney S. Scott
Chief of U.S. Border Patrol
U.S. Border Patrol
1300 Pennsylvania Ave, NW
Washington, DC 20229;

Matthew T. Albence
Deputy Director of U.S. Immigration and Customs Enforcement,
500 12th Street, SW
Washington, DC 20536;

Alex M. Azar II
Secretary of the U.S. Department of Health and Human Services
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, D.C. 20201;

Dr. Robert R. Redfield
Director of the Centers for Disease Control and Prevention
1600 Clifton Road,
Atlanta, GA 30329 USA;

Heidi Stirrup
Acting Director of the Office of Refugee Resettlement,
330 C Street SW
5th Floor
Washington, D.C. 20201

William Barr
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC  20530

Michael R. Sherwin
Acting U.S. Attorney for the District of Columbia
United States Attorney's Office
555 4th Street, NW
Washington, DC  2001

                                                        /s/ Celso J. Perez
                                                        Celso J. Perez