**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| J.B.B.C., A MINOR CHILD, by and through his father and Next Friend, Carlos Emilio Barrera Rodriguez,<br><br>*Plaintiff*,<br><br>v.<br><br>CHAD F. WOLF, ACTING SECRETARY OF HOMELAND SECURITY, in his official capacity, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 2020-cv-_____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF STEPHEN B. KANG

I, Stephen B. Kang, hereby declare under penalty of perjury, that the following is true and correct to the best of my knowledge:

1. I am an attorney licensed to practice law in California. I am one of the attorneys for Plaintiff J.B.B.C. in this matter.

2. Pursuant to LCvR 65.1(b), I submit this declaration with Plaintiff's Motion for a Temporary Restraining Order to state why notice was not given to the Clerk during regular business hours that the Motion was forthcoming. Plaintiff's counsel was informed after business hours EST today, June 9, 2020, that the deportation of Plaintiff was likely imminent. He is currently in the custody of the Department of Homeland Security ("DHS"), and is scheduled for deportation on Wednesday, June 10, 2020.

3. On or about 12 PM EST today, Plaintiff's counsel learned from Plaintiff's immigration lawyer Linda Corchado that Plaintiff was in a hotel in El Paso, Texas, awaiting expulsion back to Honduras. Plaintiff's counsel in this case, along with Plaintiff's immigration

1

lawyer, sought to confirm with Defendants whether Plaintiff's deportation was imminent, and learned during the evening hours EST today that Plaintiff was scheduled for deportation on Wednesday, June 10, tomorrow.

4. Plaintiff's counsel in this case also contacted the U.S. Attorney's Office in Washington, DC, to seek agreement from Defendants that they would stay Plaintiff's deportation pending briefing on a TRO or request for preliminary injunction. As of approximately 9 PM EST, counsel from the U.S. Attorney's office could not offer assurance that they would stay deportation.

I, Stephen B. Kang, declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 9, 2020, in Oakland, California.

/s/Stephen B. Kang_____
STEPHEN B. KANG