# DECLARATION OF LINDA CORCHADO

I, Linda Corchado, hereby declare under penalty of perjury, that the following is true and correct to the best of my knowledge

1. I am an attorney licensed to practice law in New York. Since May 2019, I have been the Legal Director at Las Americas Immigrant Advocacy Center ("Las Americas"). I engage in direct representation of noncitizen clients and also supervise attorneys and other staff at Las Americas who represent individuals detained during immigration proceedings.

2. I have been practicing law since 2015. Prior to joining Las Americas, I worked as a private immigration attorney for four years.

3. I base the information in this declaration on my conversations with my client's father, and facts I have learned from my investigation.

4. I represent J.B.B.C. (or "J."), the Plaintiff in this case, in administrative immigration matters. J.B.B.C. is 16 years old. J.B.B.C. is seeking asylum, withholding of removal, and CAT protection against dangers he faces if he is returned to Honduras. On or about June 4, J crossed the U.S.-Mexico border near El Paso, Texas and was apprehended by government officers. The officers were likely Border Patrol agents, because they were wearing green uniforms.

5. J.B.B.C. faces persecution and torture if he is returned to Honduras. Before fleeing for his life, he lived in San Pedro Sula, Honduras, with an aunt, in one of the most dangerous neighborhoods of one of the most dangerous cities in Honduras, and where he and his family were targeted by gangs. These gangs have targeted him and his family members; his father is currently in the United States, pursuing asylum.

6. About three months ago, one of J.'s relatives was beaten in the neighborhood where he lives; two months ago, while he was helping his aunt at her store in the neighborhood, he saw

a gang member follow a young man and shoot that man, killing him. After he witnessed the murder, gang members began coming to the store threatening him and telling his aunt that she must close the store and pay the gang. J. believes this was in response to the murder taking place near by and him witnessing the murder by the gang members. Following the shooting, J. was too afraid to go to school or back to the store. J. fled because he had no other option for safety.

7. I learned on June 8, 2020, that J. was at a hotel in El Paso awaiting deportation to Honduras, after our office received a phone call from his father seeking assistance in stopping his son's deportation.

8. I contacted local ICE and CBP officials via e-mail at 5:21 p.m. on Monday, June 8, 2020, to raise my concern that J. was being summarily expelled. I provided a G-28, Notice of Entry of Appearance, for J., and specifically asked officials to confirm whether J. was given a fear screening, as I am concerned he faces persecution or torture if he is returned to Honduras

9. I received a response email on Tuesday, June 9, 2020, at 8:20 a.m. from Danielle Hernandez, an assistant field office director for ICE in El Paso. In her response, Ms. Hernandez told me only that she had received my inquiry, that J. "is pending expulsion under Title 42" and that "[a]t this time, there is no legal impediment to the imminent expulsion of your client." Ms. Hernandez did not say whether J. was given any kind of fear screening.

10. I understand J. has been screened for any symptoms of COVID-19 and has not shown any symptoms.

11. I learned at 6pm EDT from a DHS official that J. is scheduled to be taken from the hotel and removed on a flight tomorrow, June 10, 2020.

12. If J. is returned to Honduras, he faces dire harm and high risk that he will be persecuted and tortured. His only family with whom he could live is the same aunt with whom he

lived before; it is this same aunt whose store has been targeted by gangs, and J.'s persecutors would thus easily know how to find and harm him. He would not be safe in Honduras.

13. J.'s father currently lives in the United States and has a pending asylum case before U.S. immigration court. He would be able to receive J. and provide a safe home if J. were to be released to him, including for any necessary period of quarantine.

I declare under penalty of perjury, under the laws of the United States of America and Texas, that the foregoing is true and correct.

Executed and dated:   June 9, 2020 in El Paso, Texas

Signature:   _/s/ Linda Corchado_

Linda Corchado