# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.B.B.C.,* A MINOR CHILD, by and through his father and Next Friend, Carlos Emilio Barrera Rodriguez,<br>c/o American Civil Liberties Union<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br><br>*Plaintiff*,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary of Homeland Security, et al,<br><br>*Defendants*. | No. 2020-cv-_____ |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff's Motion for a Temporary Restraining Order, along with all exhibits thereto, and for good cause shown, the motion is GRANTED. It is hereby ORDERED that:

1. Defendants are prohibited from removing J.B.B.C. from the United States pending further decision by this Court.

Dated:

United States District Judge