**FILED**

JUN - 9 2020

**Clerk, U.S. District & Bankruptcy
Court for the District of Columbia**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| J.B.B.C.,[1] a minor child, by and through his father and next friend, Carlos Emilio Barrera Rodriguez, <br><br> Plaintiff, <br><br> v. <br><br> CHAD F. WOLF, *et al.*, <br><br> Defendants. | Case: 1:20–cv–01509 <br> Assigned To : Nichols, Carl J. <br> Assign. Date : 6/9/2020 <br> Description: TRO/PI (D–DECK) <br><br> Civil Action No. |

**ORDER**

Upon consideration of Plaintiff's Emergency Motion for Temporary Restraining Order, and for the reasons stated during the telephonic status hearing this date, it is hereby

**ORDERED** that the parties have agreed that the government will not remove the minor child, J.B.B.C., from the United States prior to 11:59 PM on June 10, 2020, based on the representations from the attorney for Defendants; and it is further

**ORDERED** that the Court will contact the assigned judge on June 10, 2020, to stress the importance of resolving this case.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan
          United States District Judge
          June 9, 2020**

---

[1] The Court refers to the minor by his initials. LCvR 5.4(f)(2).