UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.B.B.C., a MINOR CHILD, by and through his father and next friend, Carlos Emilio Barrera Rodriguez,<br><br>*Plaintiff*,<br><br>v.<br><br>CHAD WOLF, Acting Secretary of Department of Homeland Security, et al.,<br><br>*Defendants*. | Civil Action No. 1:20-cv-01509 (CJN) |

## SCHEDULING ORDER

In light of the June 10, 2020 Status Conference and the Parties' representations to the Court, it is hereby **ORDERED** that:

(1) On or before **June 12, 2020**, amici curiae, if any, shall file their briefs in support of Plaintiff's Emergency Motion for Temporary Restraining Order ("Motion"), ECF No. 2.

(2) On or before **June 17, 2020**, Defendants shall file their Opposition to Plaintiff's Motion.

(3) On or before **June 22, 2020**, Plaintiff shall file his Reply in further support of his Motion.

A hearing on Plaintiff's Motion shall be held on **June 24, 2020**, at 10:00 AM.

It is further **ORDERED** that Plaintiff shall not be returned to his home country or removed from the United States before 11:59 PM on June 24.

DATE:  June 11, 2020

_____
CARL J. NICHOLS
United States District Judge

2