IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.B.B.C., a MINOR CHILD, by and through his father and next friend, Carlos Emilio Barrera Rodriguez,<br><br>    Plaintiff,<br><br>vs.<br><br>CHAD WOLF, Acting Secretary of Department of Homeland Security, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01509 (CJN) |

## DECLARATION OF ROBERT DANLEY

I, Robert Danley, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and documents and information made known or available to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows, relating to the above-captioned matter:

1. I am an Associate Chief with the United States Border Patrol (USBP) currently serving in the capacity as acting Deputy Directorate Chief of the Law Enforcement Operations Directorate - Operational Programs Division with oversight of all national level USBP operational programs, to include those in the Foreign Operations, Liaison, Special Operations and Specialty Programs Divisions. I have been in this role since November 1, 2019. As Associate Chief, I am the first-line supervisor of the Specialty Programs Division and have been serving in this role since June 9, 2019. I am responsible for

1

reviewing, coordinating, overseeing, approving and providing recommendations for projects and programs concerning detention, administrative processing, and related activities for USBP at the national level. In my capacity as Associate Chief, I am familiar with, and have oversight of, certain aspects of the processing of aliens apprehended by USBP agents who are subject to the Centers for Disease Control and Prevention (CDC) *Order Suspending Introduction Of Persons From A Country Where A Communicable Disease Exists* (March 20, 2020), 85 Fed. Reg. 17060 (Mar. 26, 2020) (CDC Order).

2. USBP agents have been properly designated as "customs officers" pursuant to Title 19 U.S. Code Section 1401(i). USBP agents can therefore exercise the authority of "customs officers," as identified in the CDC Order and under 42 U.S.C. § 268(b), to assist with the enforcement of the CDC Order.

Processing of J.B.B.C.

3. On June 4, 2020, U.S. Customs and Border Protection (CBP) USBP agents encountered J.B.B.C. approximately one mile from the United States/Mexico border near El Paso, Texas after he illegally entered the United States between the Ports of Entry (POEs) without inspection or admission. J.B.B.C., a 16 year-old single minor, is not a United States citizen and admitted to being a Honduran national. J.B.B.C. had not been admitted or paroled into the United States and was not in possession of proper travel documents to allow lawful entry into the United States.

4. USBP determined that J.B.B.C. was subject to the CDC Order, as he was apprehended near the border after unlawfully entering the United States from Mexico between the POEs, and would have otherwise been held in congregate settings in a Border Patrol station to facilitate

2

immigration processing. J.B.B.C. did not claim any fear of persecution, or torture, or an intent to apply for asylum, while in CBP custody. On June 5, 2020, J.B.B.C. was transferred from CBP to U.S. Immigration and Customs Enforcement custody to be returned to his country of origin, Honduras.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 17th day of June, 2020.

*Robert Danley*
Robert Danley
Acting Deputy Directorate Chief – Law Enforcement Operations Directorate