UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

J.B.B.C., a MINOR CHILD, by and through his farther and next fried, Carlos Emilio Barrera Rodriguez,

    *Plaintiff*,

  v.

CHAD WOLF, Acting Secretary of Department of Homeland Security, et al.,

    *Defendants*.

Civil Action No. 1:20-cv-01509 (CJN)

## ORDER

This matter is before the Court on Plaintiff's Emergency Motion for Temporary Restraining Order ("Motion"), ECF No. 2.

For the reasons stated by the Court in the telephonic hearing held on this date, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. The Court's stay in the June 11, 2020 Order, ECF No. 9, is extended: Plaintiff shall not be returned to his home country or removed or otherwise expelled from the United States unless and until the Court resolves this action on the merits.

It is further **ORDERED** that on or before June 29, 2020, the Parties shall meet and confer and file a Joint Status Report proposing a summary judgment briefing schedule.

It is so **ORDERED**.

DATE: June 24, 2020

                                                  CARL J. NICHOLS
                                                  United States District Judge