IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.B.B.C., A MINOR CHILD, by and through his father and Next Friend, Carlos Emilio Barrera Rodriguez, <br><br> E.Y., A MINOR CHILD, by and through his brother and Next Friend, Fernando Barrios, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity, et al., <br><br> *Defendants*. | No. 1:20-cv-01509 (CJN) |

## **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs have reviewed Defendants' motion to dismiss and accompanying declarations. *See* ECF Nos. 47, 47-1, 41-2.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs J.B.B.C. and E.Y., by and through their counsel, hereby give notice of their voluntary dismissal of this case without prejudice. Defendants have filed neither an answer to the complaint nor a motion for summary judgment in this case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 6, 2020

Respectfully submitted,

/s/ *Lee Gelernt*

| | |
|---|---|
| Stephen B. Kang* <br> Cody Wofsy* <br> Morgan Russell* <br> Adrienne Harrold* <br> American Civil Liberties Union Foundation, <br> Immigrants' Rights Project <br> 39 Drumm Street | Lee Gelernt* <br> Daniel A. Galindo* <br> Celso J. Perez (D.C. Bar No. 1034959) <br> American Civil Liberties Union Foundation, <br> Immigrants' Rights Project <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 |

1

2

San Francisco, CA 94111
Tel: (415) 343-0770

Andre Segura
Kathryn Huddleston
Rochelle Garza
Brantley Shaw Drake
American Civil Liberties Union Foundation of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Tel. (713) 942-8146

Jamie Crook (D.C. Bar No. 1002504)
Blaine Bookey
Karen Musalo
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
Tel: (415) 565-4877

*Admitted pro hac vice

Tel: (212) 549-2600

Robert Silverman*
Oxfam America
Boston, MA 02115, Suite 500
Tel: (617) 482-1211

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

*Attorneys for Plaintiffs*